UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIAM MOORE                                                        CIVIL ACTION

VERSUS                                                                      NO. 10-311

OMEGA PROTEIN, INC., et al.                                    SECTION "N" (4)

### ORDER AND REASONS

Before the Court is Plaintiff William Moore's Motion in Limine and to Exclude Evidence of Plaintiff's Prior Criminal Record (Rec. Doc. 33). This motion is opposed by Defendants Omega Protein, Inc. and F/V RACCOON POINT (Rec. Doc. 39). After considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that, **Plaintiff William Moore's Motion in Limine and to Exclude Evidence of Plaintiff's Prior Criminal Record (Rec. Doc. 33)** is **GRANTED IN PART AND DENIED IN PART**. Specifically, in addressing Plaintiff's wage claim, Defendants may establish that Plaintiff is a convicted felon who spent approximately four years in prison prior to the accident which is the subject of this matter. However, Defendants may not identify the crime (attempted manslaughter) of which Plaintiff was convicted.

New Orleans, Louisiana, this 22nd day of December, 2010.

_____
KURT D. ENGELHARDT
United States District Judge