UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIAM MOORE                                              CIVIL ACTION

VERSUS                                                     NO. 10-311

OMEGA PROTEIN, INC., et al.                                SECTION "N" (4)

## ORDER AND REASONS

Before the Court is Plaintiff's Motion in Limine and to Exclude Evidence of Plaintiff Receiving Benefits from Collateral Source (Rec. Doc. 34). This motion is opposed by Defendants Omega Protein, Inc. and F/V RACCOON POINT (Rec. Doc. 38). After considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that, **Plaintiff's Motion in Limine and to Exclude Evidence of Plaintiff Receiving Benefits from Collateral Source (Rec. Doc. 34)** is **REFERRED TO TRIAL.**

New Orleans, Louisiana, this 4th day of January 2011.

_____
KURT D. ENGELHARDT
United States District Judge