UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM MOORE | CIVIL ACTION |
| VERSUS | NO. 10-311 |
| OMEGA PROTEIN, INC., et al. | SECTION "N" (4) |

## ORDER AND REASONS

Before the Court is Plaintiff's Motion in Limine and to Exclude Incorrect Statements of Law Concerning Future Economic Damages (Rec. Doc. 35). This motion is opposed by Defendants Omega Protein, Inc. and F/V RACCOON POINT (Rec. Doc. 40). After considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that, for substantially the same reasons set forth in Defendants' Opposition and in the case law cited therein, **Plaintiff's Motion in Limine and to Exclude Incorrect Statements of Law Concerning Future Economic Damages (Rec. Doc. 35)** is **DENIED.**

New Orleans, Louisiana, this 4th day of January 2011.

_____
KURT D. ENGELHARDT
United States District Judge