UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM MOORE | CIVIL ACTION |
| VERSUS | NO. 10-311 |
| OMEGA PROTEIN, INC. AND M/V RACCOON POINT | SECTION "N" (4) |

# J U D G M E N T

Considering the answers of the jury to the interrogatories propounded by the Court at the trial of this matter on January 12, 2011; and further considering the direction of the Court as to entry of judgment; accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Omega Protein, Inc. and the M/V Raccoon Point, and against plaintiff, William Moore, dismissing plaintiff's complaint with prejudice and costs.

New Orleans, Louisiana, this 12th day of January, 2011.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE